# IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

LIANGQIANG CHEN,                )
                                )
    Petitioner,                 )
                                )
v.                              )          Case No. CIV-26-768-SLP
                                )
TODD BLANCHE,[1] et al.,         )
                                )
    Respondents.                )
                                )

## ORDER

The Court is in receipt of the Petition in this matter.  (Doc. 1).  It is unclear to the Court whether Petitioner is represented by legal counsel.  The Petition notes that Petitioner appears "by and through counsel," and Petitioner's address is "c/o LiangSheng Chen" in Flushing, New York.  But LiangSheng Chen does not state he is an attorney, and he has not entered an appearance in this case.

**IT IS HEREBY ORDERED that if Petitioner is proceeding with an attorney, the attorney has until May 6, 2026, to enter an appearance.  If counsel does not enter an appearance on or before May 6, 2026, this matter will proceed with Petitioner appearing *pro se* and filings will be sent to Petitioner at his place of confinement.**

The Clerk of Court shall send this Order to Petitioner at Cimarron Correctional Facility and to LiangSheng Chen at the address provided.

---

[1] Todd Blanche is now Acting Attorney General and is substituted as respondent for Pamela Bondi.  Markwayne Mullin is now the Secretary of the Department of Homeland Security and is substituted as respondent for Kristi Noem.  *See* Fed. R. Civ. P. 25(d).

IT IS SO ORDERED this 22nd day of April, 2026.

AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE